JOEL NORTON *vs.* BETSEY NORTON.

Impotency from idiotcy is no cause for a divorce.

PETITION for a bill of divorce. The cause assigned was impotency.

The proof was, that the petitionee, by reason of fits and other natural causes, had become an incurable idiot, wholly incapable of the duties and insensible to the endearments of life.

On a subsequent day of the term, the court said, they had examined the case, and were satisfied they could not aid the petitioner.

Petition dismissed.